UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERTO MATA | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. SA-05-CA-0272-WWJ |
| BOEING AEROSPACE OPERATIONS, INC. | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Roberto Mata ("Plaintiff") and Defendant Boeing Aerospace Operations, Inc. ("Defendant") file this Stipulation of Dismissal with Prejudice, and state:

**I.**

Plaintiff no longer desires to prosecute his claims or causes of action asserted against Defendant herein and the parties hereby stipulate that this case be dismissed in its entirety with prejudice to the future refiling of same and with each party bearing its own costs incurred herein.

**II.**

Plaintiff and Defendant stipulate to the dismissal of this case in its entirety with prejudice and request that such dismissal be entered by the Clerk in the papers in this action, with costs of court to be borne by the party incurring the same.

Respectfully submitted,


By: /s/ Javier N. Maldonado
    Javier N. Maldonado
    State Bar No. 00794216

LAW OFFICE OF JAVIER N. MALDONADO
601 Howard
San Antonio, Texas 78212
Telephone: (210) 277-1603
Telecopier: (210) 225-3958

ATTORNEY FOR PLAINTIFF
ROBERTO MATA



By: /s/ Bill E. Davidoff
    Gary D. Eisenstat
    State Bar No. 06503200
    Bill E. Davidoff
    State Bar No. 00790565
    John M. Barcus
    State Bar No. 24036185

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Telecopier: (214) 939-2090

ATTORNEYS FOR DEFENDANT
BOEING AEROSPACE OPERATIONS, INC.


**STIPULATION OF DISMISSAL WITH PREJUDICE – Page 2**

## CERTIFICATE OF SERVICE

On August 6, 2007, the foregoing instrument was sent via the Court's "ECF" system to counsel for Plaintiff, Mr. Javier N. Maldonado, Law Office of Javier N. Maldonado, 601 Howard, San Antonio, Texas 78212.

/s/ Bill E. Davidoff
Bill E. Davidoff